IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Samuel Graber,

    Plaintiff,

v.                                                              Case No. 2:12-cv-009

Commissioner of                                    JUDGE MICHAEL H. WATSON
Social Security,                                       Magistrate Judge Kemp

    Defendant.

## ORDER

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on December 11, 2012.  The time for filing objections has passed, and no objections have been filed to the Report and Recommendation.  Therefore, the Court **ADOPTS** the Report and Recommendation.  The plaintiff's statement of errors is **OVERRULED**.  The Clerk is directed to enter judgment in favor of the defendant Commissioner of Social Security.

    IT IS SO ORDERED.

                                                         */s/ Michael H. Watson*
                                                   MICHAEL H. WATSON, JUDGE
                                                   UNITED STATES DISTRICT COURT